United States District Court
Southern District of Texas
**ENTERED**
July 16, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES ANTI-DOPING AGENCY** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-mc-01649 |
| **DAWN GRUNNAGLE,** | § § § | |
| Defendant. | § § | |

## ORDER

ON THIS DAY came on to be considered the Plaintiff's Notice of Dismissal Without Prejudice. The Court, having received Plaintiff's Notice of Dismissal, enters this order GRANTING the dismissal.

It is, therefore, ORDERED, ADJUDGED and DECREED that the above-entitled and numbered cause is dismissed without prejudice to the rights of refiling the same or any part thereof.

SIGNED this 16th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER – SOLO PAGE
2709912